UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA : | MAGISTRATE JUDGE: HON. CATHY L. WALDOR |
| v. : | MAGISTRATE NO.: 23-MJ-8148-1 (JSA) |
| MICHAEL VERZALENO, JR. : | DATE OF PROCEEDINGS: 9/20/23 |
| : | DATE OF ARREST: 9/20/23 |

PROCEEDINGS:  R5 Initial Appearance out to the District of Maryland

( ) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL:  _ AFPD  __ CJA
(**X**) WAIVER OF HRG.:  **X** ID
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  ___ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED/REVIEWED ON THE RECORD
( ) OTHER CONSENT TO VIDEO/TELEPHONE CONFERENCE
( ) OTHER CONSENT TO E-SIGNATURE
(**X**) OTHER BRADY ORDER

( ) COMMITMENT TO ANOTHER DISTRICT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(**X**) BAIL SET: **$100,000**
    (**X**) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(**X**) TRAVEL RESTRICTED
(**X**) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(**X**) SURRENDER &/OR OBTAIN NO PASSPORT
(**X**) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.     DATE: _____
( ) DETENTION / BAIL HRG.                 DATE: _____
( ) TRIAL:  ___ COURT  ___ JURY      DATE: _____
( ) SENTENCING                                   DATE: _____
( ) OTHER: _____                DATE: _____

APPEARANCES:

AUSA  JAKE NASAR (Appearing for JASON GOLDBERG)

DEFT. COUNSEL  LEE VARTAN (Retained)

PRETRIAL SOPHIA GRIGOLO

INTERPRETER _____
    Language: (         )

Time Commenced: 2:50 p.m.
Time Terminated:  2:58 p.m.
CD No:  ECR

*J. Batista*
_____
DEPUTY CLERK